No. 76–1860. WEST ET AL. *v.* EXXON CORP. Ct. Civ. App. Tex., 1st Sup. Jud. Dist. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 77–22. BUNN, EXECUTRIX *v.* CATERPILLAR TRACTOR Co. ET AL. C. A. 3d Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 77–83. MEERS *v.* SUNDSTRAND CORP. ET AL.; and

No. 77–255. SUNDSTRAND CORP. *v.* SUN CHEMICAL CORP. ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of these petitions. Reported below: 553 F. 2d 1033.

No. 76–1380. ARADO ET AL. *v.* UNITED STATES; and

No. 76–1390. ADAMS ET AL. *v.* CITY OF CHICAGO ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of these petitions. Reported below: 549 F. 2d 415.

No. 77–5172. JACKSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 76–1558. DANN, COMMISSIONER OF PATENTS AND TRADEMARKS *v.* NOLL; and

No. 76–1559. DANN, COMMISSIONER OF PATENTS AND TRADEMARKS *v.* CHATFIELD. C. C. P. A. Motion of Computer & Business Equipment Manufacturers Assn. for leave to file a brief as *amicus curiae* granted. Certiorari denied in No. 76–1558. MR. JUSTICE BLACKMUN would grant certiorari, vacate judgment, and remand case with directions to dismiss case as moot. Certiorari denied in No. 76–1559 as untimely filed. 28 U. S. C. § 2101 (c). Reported below: No. 76–1558, 545 F. 2d 141; No. 76–1559, 545 F. 2d 152.